# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  Stacy A. Lynch                              ,                    Case No. 13-36763
                   Debtor

                                                                        Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 76.50            Check one  ☐  With the filing of the petition, or
                              ☒  On or before  10/11/13

$ 76.50            on or before  11/1/13

$ 76.50            on or before  12/1/13

$ 76.50            on or before  1/2/14

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date:  SEP 25 2013
                                                                 _____
                                                                     United States Bankruptcy Judge